United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:24-CR-00354 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| LORENZO ERNESTO HERNANDEZ-ESTRADA, Defendant. | § § § § § | |

ORDER ACCEPTING GUILTY PLEA
AND FINDING OF GUILT

Count One of the Indictment against Defendant Lorenzo Ernesto Hernandez-Estrada charges him with Illegal Re-Entry in violation of Title 8, United States Code, Section 1326(a). Dkt 1.

The United States Magistrate Judge has submitted his Report and Recommendation that this Court accept the Defendant's guilty plea and find him guilty as charged. Dkt 24. No party filed any objections.

The Court FINDS that the record and law support the Report and Recommendation, and so the Court adopts it.

The Court FINDS that:

- o Defendant is fully competent and capable of entering an informed plea;

- o Defendant is aware of and fully understands the nature of the pending charge and the consequences and potential penalties of a guilty plea;

- o Defendant understands his rights as provided by statute and under the Constitution and wishes to waive those rights;

- o Defendant's guilty plea is freely made and is both knowing and voluntary; and

- o An adequate and independent basis in fact supports the plea and contains each of the essential elements of the offense charged.

As such, Defendant Lorenzo Ernesto Hernandez-Estrada is adjudged GUILTY of the offense of Illegal Re-Entry, in violation of Title 8, United States Code, Section 1326(a), as charged by Count One of the Indictment.

SO ORDERED.

Signed on February 6, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge